E-FILED
Monday, 06 May, 2019  02:52:38 PM
Clerk, U.S. District Court, ILCD

IN THE COURT OF CLAIMS

OF THE STATE OF ILLINOIS



FILED
MAY 0 6 2019
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Damina L. Henderson

vs.

State of Illinois and the
Illinois Department of Corrections

$500,000+
Amount claimed

19-3121

## COMPLAINT

1. This claim, sounding in tort, is for the failure of the State of Illinois and the Department of Corrections to provide adequate safety and/or medical care and is filed pursuant to 705 ILCS 505/8 (d).

2. Claimant is and was at all times pertinent, an inmate held in custody by the Respondents.

3. The State of Illinois, the Department of Corrections and their employees or agents have a duty to provide adequate medical care and safe conditions for persons in their custody.

4. Nevertheless, employees of the Department of Corrections at Logan Correctional Center negligently and carelessly or willfully, wantonly and with conscious disregard for the health and safety of the claimant, violated their duty to the claimant in the following respects:

5. As a direct and proximate result of one or more of the acts or omissions of the Respondents' employees or agents, Claimant suffered: migraine headaches, uncontrollable arm tremors, muscle tension, pulsating pain in neck and back after any lifting, and needle like pain in head, PTSD, social anxiety, as well as bodily pain and mental anguish.

6. Claimant is the rightful owner of this claim.

7. Claimant has made no assignment or transfer of this claim or any part or interest thereof.

8. Claimant is justly entitled to amount of the claim and has filed within the statutory time limit.

9. Claimant believes the facts stated in this complaint are correct and true.

10. Neither this claim nor any claim arising out of the same occurrence has been filed previously in any other court of the United States.

11. By reason of the aforesaid acts and omissions of the Respondents and their employees/agents, Claimant has suffered the following items of damage and claims the following amounts in compensation:

    a. As a result of 0 days lost from the prison job assignment at $0 per day, Claimant suffered damages in the sum of $0.

    b. Claimant now suffers from the disability of migraine headaches, uncontrollable arm tremors, muscle tension, pulsating pain in neck and back after any lifting, and needle like pain in head, PTSD and social anxiety which will prevent her from returning to her occupation.

    c. Claimant asks $500,000+ damages to compensate for permanent injuries which will prevent her from ever working.

    d. Claimant asks for $500,000+ damages for bodily pain and mental anguish which she suffered and continues to suffer.

12. Claimant's injuries were treated by Dr. Tsang of Logan Correctional Center.

Wherefore, Claimant prays this court enter a judgment against the Respondents in the sum of $1,000,000.

*Subscribed and sworn to before me this 20th day of September 2017, State of Illinois, County of Macon*

*Stacey Carter*
Notary

Respectfully,

*Damina L. Henderson*
Damina L. Henderson
R79620
Decatur Correctional Center
Decatur, Il 62524

OFFICIAL SEAL
STACEY CARTER
Notary Public - State of Illinois
My Commission Expires 4/08/2019

STATE OF ILLINOIS          COUNTY OF MACON

AFFIDAVIT

I, Damina L. Henderson, being duly sworn on oath states that she is the claimant in the attached cause. She has read the foregoing complaint and states the contents thereof are true and correct to the best of her knowledge.

*[signature]*
Damina L. Henderson

Subscribed and sworn to before me this 20th day of September, 2017.

*[signature]*
Notary

OFFICIAL SEAL
STACEY CARTER
Notary Public - State of Illinois
My Commission Expires 4/08/2019

Deputy Clerk
Court of Claims of Illinois
630 South College Street
Springfield, Il 62756

September 20, 2017

Illinois Attorney General
Court of Claims Division
100 West Randolph Street, Suite 10-400
Chicago, Il 60601

RE: Notice of Intention to Commence Action in Court of Claims

Dear Sirs,

Please take notice that the claimant herein intends to commence an action in the Court of Claims against the State of Illinois for damages on account of personal injury.

Pursuant to 705 ILCS 505/22-1, the following information is hereby furnished:

1. The name of the person to whom the cause of action has accrued and the person claiming the loss is Damina L. Henderson, IDOC # R79620, presently incarcerated at the Decatur Correctional Center, Decatur, Il.

2. The incident occurred on or about January 5, 2016, at or about 6:25 p.m.

3. The injury/loss occurred under the following circumstances: Claimant was assaulted with a hot pot several times to the back of her head and the upper half of her body. She was also hit with countless blows to her arm while protecting herself. Her left arm was swollen following the attack and her head was bleeding profusely. Since the incident she has suffered from uncontrollable tremors in her right arm and migraine headaches that occur as often as five times a week. She is unable to wear certain hairstyles due to injuries and short-term memory loss. She also suffers from PTSD and social anxiety.

Subscribed and sworn to before me
this 20th day of September, 2017. State
of Illinois, County of [Macon]
*Stacey Carter*
Notary

Respectfully Submitted,

*Damina L. Henderson*

Damina L. Henderson
R79620
P.O. Box 3066
Decatur, IL 62524

OFFICIAL SEAL
STACEY CARTER
Notary Public - State of Illinois
My Commission Expires 4/08/2019

IN THE COURT OF CLAIMS

OF THE STATE OF ILLINOIS

Damina L. Henderson

vs.

State of Illinois and the
Illinois Department of Corrections

NOTICE OF FILING

To: Lisa Madigan
Illinois Attorney General
Court of Claims Division
500 S. Second Street
Springfield, Il 62706

Please take notice that on the 20th day of September, 2017, I mailed a copy of the attached Complaint to the Clerk of the Illinois Court of Claims for filing.

Damina L. Henderson

Certificate of Service

I, Damina L. Henderson, hereby certify that I mailed a copy of the attached Complaint to be served on the above-named party by mailing a copy of the same to the Attorney for the Respondents at the above address on the 20th day of September, 2017.

Damina L. Henderson
R79620
P.O. Box 3066
Decatur, Il 62524

Subscribed and sworn to before me this 20th day of September, 2017.

Stacey Carter
Notary

OFFICIAL SEAL
STACEY CARTER
Notary Public - State of Illinois
My Commission Expires 4/08/2019

